FILED

04/20/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0629

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0629

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

JOSHUA AARON BROWN,

      Defendant and Appellant.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including May 23, 2022, within which to prepare, serve, and file its response.

**BG**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 20 2022